**EXHIBIT A**

UNITED STATES DISTRICT COURT
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE INDEPENDENCE PROJECT, INC., a New Jersey Non-Profit Corporation, and RONALD MOORE, Individually,<br><br>      Plaintiffs,<br>v.<br><br>ALLEN-HOWARD REALTY, LLC, a New Jersey Corporation,<br><br>      Defendant. | Civ. No.: 2:16-cv-05562 (MCA)(MAH) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

  IT IS HEREBY STIPULATED AND AGREED, by and between the Attorneys for Plaintiffs, Ronald Moore and The Independence Project, Inc. ("Plaintiffs") and the Attorneys for Defendant, Allen-Howard Realty, LLC ("Defendant"), that Plaintiffs hereby dismiss all claims against Defendant with prejudice, the parties to bear their own costs and attorney's fees..

Respectfully Submitted,

S/ Alan A. Ackerman
Alan A. Ackerman, Esq.
Law Offices of Alan R. Ackerman
1719 Route 10 East, Suite 106
Parsippany, NJ 07054
Telephone: (973) 898-1177
Facsimile: (973) 898-1230
araesq@alanackermanlaw.com
and
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiffs*

S/ I. Michael Kessel
I. Michael Kessel, Esq.
Littler Mendelson, P.C.
One Newark Center, 8th Floor
Newark, NJ 07102
Telephone: (973) 848-4700
Facsimile:  (973) 643-5626
mkessel@littler.com
*Attorneys for Defendant*


Dated: 2/1/18

SO ORDERED:

_____, U.S.D.J.

Dated: _____, 2017

---

Firmwide:149866555.3 092021.1000