UNITED STATES DISTRICT COURT
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE INDEPENDENCE PROJECT, INC., a New Jersey Non-Profit Corporation, and RONALD MOORE, Individually,<br><br>       Plaintiffs,<br>v.<br><br>ALLEN-HOWARD REALTY, LLC, a New Jersey Corporation,<br><br>       Defendant. | Civ. No.: 2:16-cv-05562 (MCA)(MAH) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the Attorneys for Plaintiffs, Ronald Moore and The Independence Project, Inc. ("Plaintiffs") and the Attorneys for Defendant, Allen-Howard Realty, LLC ("Defendant"), that Plaintiffs hereby dismiss all claims against Defendant with prejudice, the parties to bear their own costs and attorney's fees..

Respectfully Submitted,

S/ Alan A. Ackerman
Alan A. Ackerman, Esq.
Law Offices of Alan R. Ackerman
1719 Route 10 East, Suite 106
Parsippany, NJ 07054
Telephone: (973) 898-1177
Facsimile: (973) 898-1230
araesq@alanackermanlaw.com
and
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiffs*

S/ I. Michael Kessel
I. Michael Kessel, Esq.
Littler Mendelson, P.C.
One Newark Center, 8th Floor
Newark, NJ 07102
Telephone: (973) 848-4700
Facsimile: (973) 643-5626
mkessel@littler.com
*Attorneys for Defendant*


Dated: 2/1/18

8

SO ORDERED:

_____
, U.S.D.J.

Dated: _____, 2017

Firmwide:149866555.3 092021.1000